# ARSENEAULT, WHIPPLE, FASSETT & AZZARELLO, LLP

| | | |
|---|---|---|
| JACK ARSENEAULT | ATTORNEYS AT LAW | DAVID W. FASSETT |
| JOHN A. AZZARELLO⁺ | | THOMAS M. LENNEY⁺⁺⁺ |
| KELLY DANIELS | 560 MAIN STREET | JOHN J. ROBERTS* |
| DEBORAH FACTOR⁺⁺* | CHATHAM, NEW JERSEY 07928 | JOHN C. WHIPPLE* |
| | (973) 635-3366 | |
| | FAX (973) 635-0855 | |
| | EMAIL info@awfa-law.com | |

⁺ALSO ADMITTED IN NEW YORK
⁺⁺ALSO ADMITTED IN CALIFORNIA
⁺⁺⁺ALSO ADMITTED IN MICHIGAN

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY

August 6, 2010

**ELECTRONICALLY FILED**

Honorable Susan D. Wigenton, U.S.D.J.
United States District Court, District of New Jersey
ML King Federal Building & Courthouse, Room 5060
50 Walnut Street
Newark, New Jersey 07102

      Re:  **United States v. Alexander Melman**
          **Criminal No. 10-00278**

Dear Judge Wigenton:

  We represent Defendant Alexander Melman in the above referenced matter. Your Honor sentenced Mr. Melman on Monday, August 2, 2010 to a four (4) year probation term.

  Pursuant to Mr. Melman's conditions of release, he was ordered to surrender his United States Passport to the Office of Pretrial Services. Please accept this letter as Mr. Melman's request to have his United States Passport returned to him.

  While on probation, Mr. Melman may request that he be permitted to travel within the continental United States to visit his family, particularly his son and grandchild in California. Domestic travel is far easier when one has a United States Passport to check in through security. In addition, if Mr. Melman's Passport is not returned to him, Pretrial Services will forward it to the United States State Department and Mr. Melman will have to go through an entire new process to obtain a new Passport.

ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP
ATTORNEYS AT LAW

Honorable Susan D. Wigenton, U.S.D.J.
Re: <u>United States v. Alexander Melman</u>
   Criminal No. 10-00278
August 6, 2010
Page 2

   Therefore, we respectfully request that Your Honor order that Pretrial Services return the Passport to Mr. Melman. If this request meets with Your Honor's approval, I have set forth "So Ordered" language at the bottom of this correspondence.

   Thank you very much for your attention to this matter.

               Respectfully yours,

               ARSENEAULT, WHIPPLE,
               FASSETT & AZZARELLO, LLP
               Attorneys for Defendant Alexander Melman

               By:  s/John C. Whipple
                 John C. Whipple (JW 1591)

JCW:dn
cc: Anthony Moscato, Esq., A.U.S.A. (Via Electronic Filing)
  Mr. Alexander Melman (Via First Class Mail)

SO ORDERED.

_____
HONORABLE SUSAN D. WIGENTON
United States District Judge

August 9, 2010